SEDALIA TRUST CO., Respondent, v. DE-VELOPMENT CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by the Sedalia Trust Company against the Development Company of America. H. S. Graves, for appellant. J. F. McKinney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SEEBER'S WILL. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the probate of the last will and testament of Margaret Seeber, deceased. No opinion. Decree of the Surrogate's Court of the County of Richmond affirmed, with costs.

SEYMOUR, Respondent, v. EVENING HERALD CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Charles R. Seymour against the Evening Herald Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHATSKY v. ROBBINS et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Abraham Shatsky against Nathan B. Robbins and others. No opinion. Judgment and order unanimously affirmed, with costs.

SHAW, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Samuel Shaw against the City of Lockport.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence.

SHELDON, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Burt Sheldon against Harriett A. R. Mills. J. H. Banton, for appellant. H. S. Stewart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHIP, Respondent, v. FRIDENBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Katherine Ship against Percy Fridenberg, impleaded with others. F. D. Pollak, for appellant. H. H. Van Dyck, for respondent. No opinion. Order (120 N. Y. Supp. 969) reversed, with $10 costs and disbursements, on 132 App. Div. 782, 117 N. Y. Supp. 599, and motion granted, with $10 costs, to the extent stated in order. Order filed.

SIEMANN, Respondent, v. NEW YORK TRANSP. CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by Frederick Siemann, an infant, and by Diedrich Siemann, against the New York Transportation Company. A. K. Wing, for appellant. M. Feltenstein, for respondent. No opinions. Judgments and orders affirmed, with costs. Orders filed.

SIEMANN v. NEW YORK TRANSP. CO. (two cases). (Supreme Court, Appellate Division, First Department. January 14, 1910.) Actions by Frederick Siemann and by Diederich Siemann against the New York Transportation Company. No opinions. Motions for stay denied. Settle orders on notice.

SILVER, Appellant, v. REBHUN, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Julius Silver against Jachiel Rebhun. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 119 N. Y. Supp. 1145.

SIMON v. SCHMITT. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Kathinka M. Simon against Ignatz Schmitt. No opinion. Motion granted. Order signed. See, also, 118 N. Y. Supp. 326.

SIZER v. KLINE BROS. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Robert R. Sizer against Kline Bros. With this case has been consolidated in this court cases bearing titles as follows: Harry A. Ely v. Theas. F. Russell; James G. Shaw v. Stanley, Jordan & Co.; Guillaume Reusens v. Oliver M. Arkenburgh; Frederick Siemann v. New York Transportation Co.; Diederich Siemann v. Same; Louis H. Backman v. Thos. W. Topham; Ephraim Siff v. Eber Forbes; Maynard N. Clement v. George L. Donellan. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 119 N. Y. Supp. 773, 821, 916, 1113.

SIZER, Appellant, v. KLINE BROS. & CO., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Robert R. Sizer against Kline Bros. & Co. F. D. Wynn, for appellant. F. M. Ozaki, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLATTERY, Respondent, v. BARTOLICUS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Michael J. Slattery against Emil Bartolicus. A. I. Elkus, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SMITH. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Washington Smith. No opinion. Reference ordered. Settle order on notice.

SMITH, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division,